AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SERGIO REYNA-GARCIA<br><br>Defendant(s) | Case No.  8:17 MJ 1939 TBM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 12, 2017__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(b)(1) | Alien found in the United States without permission after deportation . |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

William Hemberger, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 12-12-17

_____
Judge's signature

City and state:   Tampa, Florida          THOMAS B. McCOUN III, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since March 14, 2010.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of others, as well as on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Sergio REYNA-GARCIA, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(b)(1).

## FACTS AND CIRCUMSTANCES

4. On or around November 27, 2017, Homeland Security Investigations (HSI) sent out a lead on REYNA-GARCIA, which the HSI-Tampa Fugitive Operations Unit received.

5. On or about December 12, 2017, ICE-ERO officers found REYNA-GARCIA in front of his domicile in Hillsborough County, which is within the Middle District of Florida.

6. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to REYNA-GARCIA. Upon reviewing these documents, I determined that REYNA-GARCIA is a native and citizen of Mexico who had been deported from the United States to Mexico on or about October 18, 2010.

7. I performed a criminal history check using the Treasury Enforcement Communications System (TECS) and the National Crime Information Center (NCIC) in reference to REYNA-GARCIA. A review of that information showed a criminal history for REYNA-GARCIA that included a conviction for delivery of a controlled substance, that is, marijuana, and a conviction for knowingly possessing a firearm while being a convicted felon, in violation of 18 U.S.C. §§ 922(g) and 924(a)(2).

8. Authorities submitted fingerprints, taken of REYNA-GARCIA, through the Integrated Automated Fingerprint Identification System (IAFIS) and compared them with those taken prior to his removals from the United States. IAFIS

indicates that they are from the same person.

9.      No information exists, either in the A-file documents or the computer databases, that REYNA-GARCIA had either requested or received permission from any immigration official to reenter the United States after his deportation.

### CONCLUSION

10.     Based on the foregoing facts, I believe that there is probable cause to establish that Sergio REYNA-GARCIA, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(b)(1).

_____
William Hemberger, Deportation Officer
ICE ERO

Sworn to and subscribed before me
This _12_ day of December, 2017, in Tampa, Florida.

_____
THOMAS B. McCOUN, III
United States Magistrate Judge